Adele Gould, Respondent, v. Hugh J. Sheeran, as Receiver of New York Railways Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Abraham L. Gould, Respondent, v. Hugh J. Sheeran, as Receiver of New York Railways Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York, on Complaint of Anna Bennett, Respondent, v. William Ditalia, Appellant.— Order reversed and information dismissed on the ground that the finding is against the weight of the evidence and not supported by the evidence. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

The City of New York, Appellant, v. Pike Realty Corporation, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Jesse Weil, Respondent, v. Broadway-John Street Corporation and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Ferdinand R. Loewenthal, Respondent, v. Arnold Kramer and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, on the ground that the jury was not properly instructed on the question of damages, and that the verdict tested by a proper rule of damages is excessive. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Emma T. Murphy, as Administratrix, etc., of Robert P. Murphy, Deceased, Appellant, v. William H. Barnum and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Ludvig Michelsen, Appellant, Respondent, v. Warehousing and Trading Corporation and Another, Respondents, Appellants.— Order appealed from as resettled granting a new trial and denying motions to dismiss the complaint affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

The People of the State of New York, on the Complaint of Anthony Vitale, Respondent, v. Thomas Moran, Appellant.— Judgment reversed as against the weight of the evidence and the information dismissed. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Samuel Greenwald, Respondent, v. Roscoe Canaday and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,644.42; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

Rose Wildofsky, Appellant, v. Max Wildofsky, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.